# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LINDA MARIE CARTER ) | Case No. 18-10427-BFK |
| ) | Chapter 7 |
| ) | |
| Debtor ) | |
| ) | |
| ) | |
| JANET M. MEIBURGER, Trustee, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Adv. Pro. No. 18-01054-BFK |
| ) | |
| RONALD B. CARTER ) | |
| ) | |
| Defendant ) | |

## CERTIFICATE OF SERVICE FOR SUMMONS AND RELATED DOCUMENTS

I HEREBY CERTIFY that I caused a true and correct copy of the Summons and Notice in an Adversary Proceeding, Complaint, Instructions for Preparing Exhibit List, and Initial Scheduling Order to be sent on May 7, 2018, by first-class mail, postage prepaid to:

Ronald B. Carter
43336 Vestals Place
Leesburg, VA 20176

Under penalty of perjury, I declare that the foregoing is true and correct.

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: May 7, 2018         By: /s/ Janet M. Meiburger
                               Janet M. Meiburger, VSB No. 31842
                               The Meiburger Law Firm, P.C.
                               1493 Chain Bridge Road, Suite 201
                               McLean, VA  22101

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Proposed Counsel for Plaintiff

(703) 556-7871
Proposed Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2018, a true and correct copy of the foregoing Certificate of Service for Summons and Related Documents will be served by ECF e-mail pursuant to the applicable Standing Order of the Court and by first-class mail, postage prepaid on the following:

    Ronald B. Carter
    43336 Vestals Place
    Leesburg, VA 20176

    /s/ Janet M. Meiburger
    Janet M. Meiburger